In the Matter of the Claim of ELIZABETH M. RUNG, Respondent, against THE CITY OF NEW YORK (Bronx Parkway Commission), Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — employee of city of New York killed by lightning while standing under tree during storm.*

*Rung* v. *City of N. Y. (Bronx Parkway Commission),* 207 App. Div. 879, affirmed.

(Argued April 1, 1924; decided May 13, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 26, 1923, unanimously affirming an award of the state industrial board made under the Workmen's Compensation Law. Claimant's husband was a foreman of laborers in the employ of the city of New York. While employed in grading a road he sought shelter from a storm under a tree and was struck by lightning and killed.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien* of counsel), for appellant.

*Carl Sherman,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on authority of *Matter of Madura* (238 N. Y. 214).

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.